# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CR-213-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DINO NASTASI, ) | |
| DAVID FAIRCHILD, ) | |
| SABRINA MOMMERS, ) | |
| KRISTIAN SIERP, ) | |
| ROBERT JESUS VALDES FERNANDEZ, ) | |
| STEPPHEN E. FINCK, ) | |
| THOMAS SNIFFEN, ) | |
| BARRY HARMELIN, ) | |
| CARLIN WOODS, ) | |
| PATRICIO DEL-HOYO, ) | |
| MICHAEL SAXON, ) | |
| GAVIN JORDAN, and ) | |
| DONALD DODT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Unseal Indictment And Arrest Warrants" (Document No. 19) filed March 17, 2016. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Unseal Indictment And Arrest Warrants" (Document No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Indictment and Arrest Warrants in the above named matter be unsealed.

Signed: March 25, 2016

David C. Keesler
United States Magistrate Judge