# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15cr213-MOC-DCK-13

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DONALD DODT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Amend Bill of Indictment.[1] Having considered the Government's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Amend Bill of Indictment (#17) is **GRANTED**, and the indictment is so amended.

The Clerk's office shall seal the motion and this Order pending further order of the Court, after a copy of the Order has been disclosed to counsel for the United States. The Clerk's office shall file the Sealed Amended Bill of Indictment on the docket. The existence of, and the contents of, this Motion, Order, and the Sealed Amended Bill of Indictment shall not be disclosed to the public until further ordered by the Court.

---

[1] The pending motion has not been flagged as a motion on this Court's docket. The Clerk's office shall amend the docket to reflect that Docket No. 17 is a motion.

Signed: May 24, 2019

Max O. Cogburn Jr.
United States District Judge