UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DINO NASTASI, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the unopposed motion of Defendant Dino Nastasi for the correction of judicial records to accurately reflect credit for pretrial incarceration.[1] (#532). For the reasons stated in the Motion, the Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Probation Department is ordered to correct the final Presentence Report to show that Defendant was in custody on this case beginning on June 7, 2017, and continuing to the date of his sentencing.

**IT IS FURTHER ORDERED** that the corrected Presentence Report be transmitted to the Bureau of Prisons for the correction of their records in this matter.

The Clerk is directed to certify copies of this order to Defendant's counsel, the Government,

---

[1] As Defendant correctly states in his motion, during the sentencing hearing before this Court, defense counsel noted that "the start date of [Defendant's] incarceration needs to be moved back six months. He actually began—much like the previous two defendants he was arrested on June 7th, 2017, in Costa Rica on this case and has remained in continuous custody ever since. So I would ask that the presentence report be corrected to reflect that on page 2." When the Government affirmed that this date was correct, the Court then instructed the probation office, "Let's go ahead and reflect that he was arrested in Costa Rica on June 7, 2017." The probation officer responded, "Yes, your honor." The PSR does not yet appear to have been corrected to reflect the June 7 date.

the US Marshal's Service and the U.S. Probation Office.

Signed: March 12, 2020

Max O. Cogburn
United States District Judge