UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:15-CR-00213-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DINO NASTASI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on a pro se movant's Amended Motion for Victim Restitution. (Doc. No. 579).

The motion is **DENIED** for the same reason the Court previously denied the movant's prior motion for restitution. See (Doc. Nos. 539, 545).

Signed: September 14, 2020

Max O. Cogburn Jr.
United States District Judge